RECEIVED

SEP 17 2019

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

    Plaintiff,

v.

ANTHONY VILLANUEVA, ET AL.,

    Defendant.

Crim No. 19-292 (BRM) (01)

**ORDER OF SEVERANCE**

This matter having been opened to the Court by way of motion by Jerome A. Ballarotto, Esq. appearing on behalf of Defendant, Anthony Villanueva and in the presence of Joseph Gripko and Ray Mateo, Assistant United States Attorneys on behalf of the Government, and the Court having considered oral argument and letter memorandum of Jerome A. Ballarotto, Esq.

IT IS on this 17th day of ~~July~~ Sept. 2019;

ORDERED that the motion for severance for Counts 5 and 6 of the Indictment Number 19-292 has been granted.

_____
Honorable Brian R. Martinotti, U.S.D.J.