UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
SEP 17 2019
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Crim No.: 3:19-cr-00292-BRM (02) |
| Plaintiff | : |
| v. | : |
| ANTHONY VILLANUEVA, ET AL., | : |
| | : **ORDER FOR SEVERANCE** |
| Defendants. | : |

This matter having been opened to the Court by way of Motion by Scott A. Krasny, Esquire, appearing on behalf of Defendant, Drew Inman, and in the presence of Joseph Gripko and Ray Mateo, Assistant United States Attorneys on behalf of the Government, and the Court having considered the written submissions and oral argument of the parties;

IT IS on this 17th day of September, 2019;

ORDERED that the Motion for Severance of Counts Five and Six of Indictment Number 19-292 be and the same is hereby GRANTED.

HONORABLE BRIAN R. MARTINOTTI, U.S.D.J.