```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                   Minutes of Proceedings
```

OFFICE:  Trenton

JUDGE: Peter G. Sheridan                    Date: April 10, 2023

Court Reporter: Frank Gable

TITLE OF CASE:                              Cr. 19-292 (01 & 02)(PGS)
UNITED STATES OF AMERICA

     vs.
ANTHONY VILLANUEVA, et al

APPEARANCES:

See record for list of appearance

NATURE OF PROCEEDINGS:

TELEPHONE STATUS CONFERENCE HELD.


TIME COMMENCED: 2:00 p.m.
TIME ADJOURNED: 2:20 p.m.
TOTAL TIME:     0:20

                                         s/Dolores Hicks
                                          Deputy Clerk