**FURLONG AND KRASNY**
ATTORNEYS AT LAW
Mountain View Office Park
820 Bear Tavern Road, Suite 304
West Trenton, New Jersey 08628
mail@furlongandkrasny.com

**JOHN S. FURLONG*** 
jfurlong@furlongandkrasny.com
**SCOTT A. KRASNY*** 
skrasny@furlongandkrasny.com

Telephone:
(609) 882-0288
Facsimile:
(609) 883-2551

* Certified by the Supreme Court of New Jersey
as a Criminal Trial Attorney

April 24, 2023

**Via E-Mail at dolores_hicks@njd.uscourts.gov**
Hon. Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   USA v. Anthony Villanueva and Drew Inman
      Case No.: 3:19-cr-00292-PGS

Dear Judge Sheridan:

This office represents Defendant, Drew Inman. Please accept this formal request to allow my videographer, Robert Litz, to enter the Courthouse with an Apple Mac laptop, power cord, and HDMI cable.

Respectfully,

//s// Scott A. Krasny

SCOTT A. KRASNY

SAK/so

ORDERED: [signature]
10/24/23

S:\Clients-Open\Inman, Drew\Letter to Judge Sheridan 04-24-23.docx