UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE:   Trenton

JUDGE: Peter G. Sheridan                          Date: May 1, 2023

Court Reporter: Sara Killian

TITLE OF CASE:                                    Cr. 19-292 (01 & 02)(PGS)
UNITED STATES OF AMERICA

      vs.

ANTHONY VILLANUEVA and DREW INMAN
                        DEFENDANTS PRESENT
APPEARANCES:
R. Joseph Gribko and Martha K. Nye, AUSA for the Government

Jerome A. Ballarotto, Esq. for Defendant Anthony Villanueva

Scott A. Krasny, Esq. for Defendant Drew Inman

NATURE OF PROCEEDINGS: JURY TRIAL DAY 4
Hearing on motions in Limine out of the presence of the jurors.
Jurors present.
Ordered jurors sworn; jurors sworn.
Preliminary Instructions given to jury by Court.
R. Joseph Gribko, AUSA opened for the Government.
Jerome A. Ballarotto, Esq. opened for Defendant Anthony Villanueva.
Scott A. Krasny, Esq opened for Defendant Drew Inman
(Recess 12:30 pm - 1:30 pm)
Jurors present.
Stephen Notta sworn for Government.
Bryan Lottrell sworn for Government.

Trial with jury adjourned at 4:00 pm until May 2, 2023 at 9:00 A.M.

TIME COMMENCED: 10:00 A.M.
TIME ADJOURNED:  4:00 P.M.
TOTAL TIME:      5:00

                                                         s/Dolores Hicks
                                                          Deputy Clerk