UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE: Trenton

JUDGE: Peter G. Sheridan                    Date: May 2, 2023

Court Reporter: Sara Killian

TITLE OF CASE:                              Cr. 19-292 (01 & 02)(PGS)
UNITED STATES OF AMERICA

      vs.

ANTHONY VILLANUEVA and DREW INMAN
                                DEFENDANTS PRESENT
APPEARANCES:
R. Joseph Gribko and Martha K. Nye, AUSA for the Government

Jerome A. Ballarotto, Esq. for Defendant Anthony Villanueva

Scott A. Krasny, Esq. for Defendant Drew Inman

NATURE OF PROCEEDINGS: JURY TRIAL DAY 5

Bryan Lottrell resumed for Government.
Hearing on motion in Limine. Jurors not present.
(Recess 12:10 pm - 1:10 pm)
Matthew Coleman sworn for Government. Jurors not present.
Chanzie Washington sworn for Government. Jurors not present.
Jurors excused for the day at 2:30 PM.
Hearing on Motion in Limine.

Trial with jury adjourned at 3:30 pm until May 3, 2023 at 9:00 A.M.

TIME COMMENCED: 9:30 A.M.
TIME ADJOURNED: 3:30 P.M.
TOTAL TIME:     5:00

                                            s/Dolores Hicks
                                              Deputy Clerk