# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

DATE: May 9 2023

TIME: 3:39 pm

CASE CAPTION: USA v. A. VILLANEUVA and D Inman

CASE NUMBER: 19-292 (PGS)

JURY COMMUNICATION #: 1

Jury wishes to stop at 4:00 pm on May 9Th and resume at 9:15 am on Wed May 10Th

_____
FOREPERSON