# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DATE: 5/10/23

TIME: 11:10

CASE CAPTION: U.S.A. v. A. Villanueva and D. Inman

CASE NUMBER: 19-292 (PGS)

JURY COMMUNICATION #: 2

Jury requests a pack of multi-color markers. (NOT highlighters)

_____
FOREPERSON