# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DATE: May 10 2023

TIME: 2:56

CASE CAPTION: USA v. A Villanueva and D. Inman

CASE NUMBER: 19-292 (PGS)

JURY COMMUNICATION #: #3

Jury member has hard stop at 4:00 today.

FOREPERSON