# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DATE: May 12 2023

TIME: 2:54

CASE CAPTION: USA v. A Villanuva and D. Inman

CASE NUMBER: 19-292 (PGS)

JURY COMMUNICATION #: 5

Jury requests to adjourn at 3:00 pm

_____
FOREPERSON