UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Peter G. Sheridan |
| v. | : | |
| ANTHONY VILLANUEVA, and DREW INMAN | : | Criminal No. 19-292 (PGS) |
| | : | **VERDICT SHEET** |

**COUNT ONE**
**(as to Defendant Anthony Villanueva)**

1. With respect to Count One, the Government must prove beyond a reasonable doubt that Defendant Anthony Villanueva, on or about April 9, 2017, while acting under color of law, and/or aiding and abetting another, as a police officer with the Trenton Police Department, willfully deprived Chanzie Washington of a right secured and protected by the United States Constitution and laws of the United States, that is, the right to be free from unreasonable seizure by one acting under color of law, which includes the right to be free from the use of unreasonable force, in violation of Title 18, United States Code, Section 242.

We, the unanimous jury, find:

Defendant Anthony Villanueva:

NOT GUILTY __X__   GUILTY _____

1

*If you find defendant Anthony Villanueva guilty of Count One, Question 1, please answer question 1(A). Otherwise please go to question 2 and continue to answer the questions.*

1(A).   Did the United States prove beyond a reasonable doubt that Defendant Anthony Villanueva's actions resulted in bodily injury to Chanzie Washington?

    Yes  _____     N A

    No   _____

*Please proceed to Question 2.*

2

## **COUNT TWO**

3. With respect to Count Two, did the Government prove beyond a reasonable doubt that Defendant Anthony Villanueva knowingly falsified, concealed, covered up and made false entries in a document with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, that is, on or about April 9, 2017, Anthony Villanueva authored and submitted a false and misleading Trenton Police Department Use of Force Report, with intent to obstruct any investigation into the deprivation of Constitutional Rights described in Count One, in violation of Title 18, United States Code, Section 1519.

We, the unanimous jury, find:

Defendant Anthony Villanueva:

NOT GUILTY __X__   GUILTY _____

*Please proceed to the next Count.*

## **COUNT THREE**

4. With respect to Count Three, did the Government prove beyond a reasonable doubt that Defendant Anthony Villanueva knowingly falsified, concealed, covered up and made false entries in a document with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, that is, on or about April 9, 2017, Anthony Villanueva authored and submitted a false and misleading Trenton Police Department Case Supplemental Report, with intent to obstruct any investigation into the deprivation of Constitutional Rights described in Count One, in violation of Title 18, United States Code, Section 1519.

We, the unanimous jury, find:

Defendant Anthony Villanueva:

NOT GUILTY __X__   GUILTY _____

*Please proceed to the next Count.*

## **COUNT FOUR**

5. With respect to Count Four, did the Government prove beyond a reasonable doubt that Defendant Drew Inman knowingly falsified, concealed, covered up and made false entries in a document with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, that is, on or about April 9, 2017, Drew Inman authored and submitted a false and misleading Trenton Police Department Use of Force Report, with intent to obstruct any investigation into the deprivation of Constitutional Rights described in Count One, in violation of Title 18, United States Code, Section 1519.

We, the unanimous jury, find:

Defendant Drew Inman:

NOT GUILTY __X__   GUILTY _____

_____
FOREPERSON

Date: 5/15/23