UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v

ANTHONY VILLANUEVA

Case No. 19CR292(PGS)

**ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE**

This matter having been opened to the Court upon application by Jerome A. Ballarotto, Esq. appearing on behalf of Defendant ANTHONY VILLANUEVA for an Order to Amend the Conditions of Pretrial Release. And, neither AUSA Gribko nor Pretrial Services objecting and relying on the discretion of this Court

IT IS on this 17 day of July, 2023;

ORDERED that the conditions of pretrial release of ANTHONY VILLANUEVA are hereby amended as follows to permit him to travel to Puerto Rico to visit his family residing there;

Leaving August 3rd, 2023 at 7:16 from Newark on Flight # B61289

Arriving at San Juan, Puerto Rico at 11:13 PM

Returning August 14th, 2023 at 1:05pm on Flight # UA2219

Arriving at Newark, New jersey at 5:15 AM

IT IS FURTHER ORDERED that defendant ANTHONY VILLANUEVA shall abide by all other conditions of his pretrial release and report to PTS upon his return.

_____
Hon. Peter G. Sheridan, U.S.D.J.