```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: Trenton

JUDGE: PETER G. SHERIDAN

July 17, 2023
DATE OF PROCEEDING

Court Reporter: Kimberly Wilson

TITLE OF CASE:                               Cr. 19-292-(02)(PGS)
UNITED STATES OF AMERICA
      vs.
DREW INMAN

APPEARANCES:

See record for list of appearances

NATURE OF PROCEEDINGS:

TELEPHONE CONFERENCE HELD.

Hearing on Motion [120] by Drew Inman for Acquittal.
Ordered motion reserved.

```
TIME COMMENCED:   1:30 p.m.
TIME ADJOURNED:   2:15 p.m.
TOTAL TIME:       0:45
```

                                          s/Dolores J. Hicks
                                            Deputy Clerk