**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**　　　　　　　　　　　　　　　**DATE:** October 2, 2023
**JUDGE PETER G. SHERIDAN**
**COURT REPORTER:** Carol Farrell

**TITLE OF CASE:**　　　　　　　　　　　　　　　**DOCKET # 19 CR 292-02 PGS**
UNITED STATES OF AMERICA
vs
DREW INMAN

**APPEARANCES:**
Mark Coyne, Eric Boden and Joseph Gribko, Assistant United States Attorneys
Jerome Ballaratto, Retained Counsel for Defendant Anthony Villanueva and Scott Krasny for Drew Inman

**Nature of Proceedings**: TELEPHONE CONFERENCE
Re: [146] Motion for Reconsideration
Order to follow.

**Time Commenced: 2:43 p.m.**
**Time Adjourned: 2:46 p.m.**
**Total Time: 3 minutes**

*Ivannya Fitzgerald*
Courtroom Deputy
